**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Grady's Hardware, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 0 – 1 4 5 0 7 2 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12325 Champlin Dr** | |
| Number     Street | Number     Street |
| **Champlin, MN 55316** | |
| City               State     ZIP Code | City               State     ZIP Code |
| **Hennepin** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number     Street |
| | City               State     ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.acehardware.com/store-details/15899** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Grady's Hardware, Inc.**                                    Case number *(if known)*
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

         District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When _____
                                        MM / DD / YYYY

         Case number, if known _____

Debtor    **Grady's Hardware, Inc.** _____    Case number *(if known)* _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number          Street<br><br>_____<br><br>_____<br>City                                               State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.    Insurance agency _____<br><br>Contact name _____<br><br>Phone _____ |

<div style="background:black;color:white"> </div> **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br><br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br><br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br><br>☑ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br><br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor    **Grady's Hardware, Inc.**

Name

Case number *(if known)*

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING --     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/22/2025**

MM/ DD/ YYYY

X    **s/ Shawn Grady**                            **Shawn Grady**

Signature of authorized representative of debtor        Printed name

Title    **President and Owner**

**18. Signature of attorney**

X    **s/ Mary Sieling**            Date    **09/22/2025**

Signature of attorney for debtor                    MM/ DD/ YYYY

**Mary Sieling**

Printed name

**Sieling Law, PLLC**

Firm name

**12800 Whitewater Dr 100, # 3201**

Number        Street

**Minnetonka**                    **MN**        **55343**

City                        State        ZIP Code

**(612) 325-1191**                    **mary@sielinglaw.com**

Contact phone                    Email address

**0389893**                        **MN**

Bar number                        State

Fill in this information to identify the case:

Debtor Name  **Grady's Hardware, Inc.**

United States Bankruptcy Court for the: District of  **Minnesota**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — **$1,000.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **CorTrust Bank** | **Checking account** | **2 3 3 3** | **$15,015.15** |
| 3.2. **CorTrust Bank** | **Savings account** | **1 4 9 0** | **$105.47** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$16,120.62**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Grady's Hardware, Inc.**
　　　　　Name　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

---

7.1  **Kraus-Anderson**                                                          $8,500.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

　　　Description, including name of holder of prepayment

　　8.1

　　8.2

9.    **Total of Part 2**                                                        $8,500.00

　　　Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

　　☐ No. Go to Part 4.
　　☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11.   **Accounts receivable**

11a. 90 days old or less:    $936.00        -        $0.00        =.....➔        $936.00
　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

11b. Over 90 days old:　　　　　　　-　　　　　　　　=.....➔
　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

12.   **Total of Part 3**                                                        $936.00

　　　Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.   **Does the debtor own any investments?**

　　☐ No. Go to Part 5.
　　☑ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

　　　Name of fund or stock:

　　14.1

　　14.2

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

　　　Name of entity:　　　　　　　　　　　% of ownership:

　　15.1. **Stock in ACE Hardware. Non-transferrable**    **100.00%**    **Liquidation**    $94,400.00

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

　　　Describe:

---

Debtor    **Grady's Hardware, Inc.**_____    Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    | **$94,400.00** |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| **Hardware Store inventory** | MM / DD / YYYY | **unknown** | **Liquidation** | **$51,990.00** |
| **Toro branded inventory** | MM / DD / YYYY | **unknown** | **Liquidation** | **$11,556.14** |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    | **$63,546.14** |

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Grady's Hardware, Inc.**_____   Case number *(if known)* _____
Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Grady's Hardware, Inc.**
_____          Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Breakroom furniture (see attached list for details** | unknown | Liquidation | $46.00 |
| **Office Furniture including desk, cabinets, safe, computer, printer, shredder, chairs (see attached list for details)** | unknown | Liquidation | $260.00 |
| 40. **Office fixtures** | | | |
| **Store fixtures including shelving, cooler, bait tank, shopping carts, racking (see attached list for details)** | unknown | Liquidation | $5,565.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Garden Center Equipment including two greenhouses, display cards and shopping carts (see attached list for details)** | unknown | Liquidation | $2,865.00 |
| **Paint Center Equipment such as dispenser, shakers, color scan system, key cutter and key machine (see attached for details)** | unknown | Liquidation | $620.00 |
| **Shop tools (see attached list for details)** | unknown | Liquidation | $770.00 |
| **Rental Equipment (see attached list for details)** | unknown | Liquidation | $2,368.00 |
| **Computer systems, Point of Sale system, server, phones, security system (see attached list for details)** | unknown | Liquidation | $1,785.00 |
| **Toyota Fork Lift Model 5FGC15 - over 21 years old** | unknown | Liquidation | $1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.                                   $15,279.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

Debtor    **Grady's Hardware, Inc.**
_____   Case number *(if known)* _____
          Name

---

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2006 GMC 2500 Cargo Van** / VIN: 1GTGG29V161124060<br>**Peeling paint, significant rust, and check engine light on** | **unknown** | **Liquidation** | $3,000.00 |
| 47.2 **2005 Chevrolet 2500 Express Cargo Van** / VIN: 1GCGG25U951211426 | **unknown** | **Liquidation** | $4,000.00 |
| 47.3 **2024 GMC Sierra** / VIN: 1GT49NEY2RF437060 | **unknown** | | $72,000.00 |
| **48.   Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.   Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

**51.   Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                    $79,000.00

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**      Real property

---

**54.   Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor    **Grady's Hardware, Inc.**_____    Case number *(if known)* _____
　　　　　Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br>_____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | _____ | _____ | _____ |

Debtor    **Grady's Hardware, Inc.**                                   Case number *(if known)*
_____                      _____
Name

---

65. **Goodwill**

_____   _____   _____   _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                            | _____ |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**     All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ =➡   _____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

_____                          _____

Nature of claim      _____

Amount requested     _____

---

Debtor   **Grady's Hardware, Inc.**
_____   Case number *(if known)* _____
Name

---

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

76. **Trusts, equitable or future interests in property**

_____   _____

77. **Other property of any kind not already listed** *Examples:* Season
tickets, country club membership

**Patronage funds paid by ACE each April based on sales. 60% is paid in the form of stock and 40% is
paid in cash(amount listed is estimate)**   **$29,800.00**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.   **$29,800.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $16,120.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $936.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $94,400.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $63,546.14 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,279.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $79,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................ ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $29,800.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*.........................91a. | $307,581.76 | + 91b. _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................   **$307,581.76**

---

**Fill in this information to identify the case:**

Debtor name __**Grady's Hardware, Inc.**__

United States Bankruptcy Court for the: District of __**Minnesota**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

__**Ace Hardware Corporation**__

**Creditor's mailing address**

__**Attn: Officer or Managing Partner**__

__**2915 Jorie Blvd**__

__**Oak Brook, IL 60523**__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

Patronage funds paid by ACE each April based on sales. 60% is paid in the form of stock and 40% is paid in cash(amount listed is estimate). Stock in ACE Hardware. Non-transferrable

**Describe the lien**

__**Possessory and PMSI**__

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Column A | Column B |
| --- | --- | --- |
| | $149,154.83 | $124,200.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $277,087.49

Debtor    **Grady's Hardware, Inc.**                                                     Case number (if known) _____
          _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** Creditor's name

**GM Financial**

Describe debtor's property that is subject to a lien

2024 GMC Sierra                                           $71,971.00          $72,000.00

**Creditor's mailing address**

**Attn: Officer**

**PO Box 1510**

**Cockeysville, MD 21030**

**Describe the lien**

**Vehicle lien on Title**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**As of the petition filing date, the claim is:**
Check all that apply.

**Last 4 digits of account number** ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **Grady's Hardware, Inc.**                                    Case number (if known) _____
      Name

| **Part 1:** | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

   **Red Iron Acceptance, LLC**

**Creditor's mailing address**

   **Attn: Officer**

   **Po Box 59376**

   **Schaumburg, IL 60159**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>Toro branded inventory</u>

**Describe the lien**

   **UCC1 Financing statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$12,177.00**

Column B: **$11,556.14**

Debtor   **Grady's Hardware, Inc.**
_____   Case number (if known) _____
Name

| | Column A | Column B |
|---|---|---|
| **Part 1:**   Additional Page | _Column A_  **Amount of claim**  Do not deduct the value of collateral. | _Column B_  **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4**  **Creditor's name**

**Spartan Business Solutions, LLC**

**Creditor's mailing address**

**Attn: Officer or Managing Agent**

**122 E 42nd St Rm 1011**

**New York, NY 10168**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

        **See continuation page.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Breakroom furniture (see attached list for details, Cash on hand, CorTrust Bank, CorTrust Bank, Hardware Store inventory, Store fixtures including shelving, cooler, bait tank, shopping carts, racking (see attached list for details), Computer systems, Point of Sale system, server, phones, security system (see attached list for details), Office Furniture including desk, cabinets, safe, computer, printer, shredder, chairs (see attached list for details), Garden Center Equipment including two greenhouses, display cards and shopping carts (see attached list for details), Paint Center Equipment such as dispenser, shakers, color scan system, key cutter and key machine (see attached list for details), Rental Equipment (see attached list for details), Shop tools (see attached list for details), Toyota Fork Lift Model 5FGC15 - over 21 years old

**Describe the lien**

**UCC1 Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A Amount of claim: **$2,902.30**

Column B Value of collateral: **$83,389.62**

Debtor  **Grady's Hardware, Inc.**
_____    Case number (if known) _____
  Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|--|--|----------|----------|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.5** **Creditor's name**

**Top Choice Financial, LLC**

**Creditor's mailing address**

**Attn: Officer or Managing Agent**

**1500 Broadway Ste 2202**

**New York, NY 10036**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **January 2025**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

Breakroom furniture (see attached list for details, Cash on hand, Computer systems, Point of Sale system, server, phones, security system (see attached list for details), CorTrust Bank, CorTrust Bank, Garden Center Equipment including two greenhouses, display cards and shopping carts (see attached list for details), Hardware Store inventory, Office Furniture including desk, cabinets, safe, computer, printer, shredder, chairs (see attached list for details), Paint Center Equipment such as dispenser, shakers, color scan system, key cutter and key machine (see attached for details), Rental Equipment (see attached list for details), Shop tools (see attached list for details), Store fixtures including shelving, cooler, bait tank, shopping carts, racking (see attached list for details), Toyota Fork Lift Model 5FGC15 - over 21 years old

**Describe the lien**

**UCC1 Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| **$40,882.36** | **$83,389.62** |

| Debtor | **Grady's Hardware, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

| **2.4** | **Creditor's name** | **Specify each creditor, including this creditor, and its relative priority.** |
|---|---|---|
| | **Spartan Business Solutions, LLC** | For Breakroom furniture (see attached list for details: **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Cash on hand: **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For CorTrust Bank: **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For CorTrust Bank: **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Hardware Store inventory: **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Store fixtures including shelving, cooler, bait tank, shopping carts, racking (see attached list for details): **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Computer systems, Point of Sale system, server, phones, security system (see attached list for details): **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Office Furniture including desk, cabinets, safe, computer, printer, shredder, chairs (see attached list for details): **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Garden Center Equipment including two greenhouses, display cards and shopping carts (see attached list for details): **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Paint Center Equipment such as dispenser, shakers, color scan system, key cutter and key machine (see attached for details): **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Rental Equipment (see attached list for details): **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Shop tools (see attached list for details): **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC; For Toyota Fork Lift Model 5FGC15 - over 21 years old: **1) Spartan Business Solutions, LLC**; 2) Top Choice Financial, LLC |

Debtor  __**Grady's Hardware, Inc.**_____     Case number (if known) _____
        Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Spartan Capital**<br>**Attn: Officer or Managing Agent**<br>**1301 State Route 36 Bldg 2, Ste 15**<br>**Hazlet, NJ 07730** | Line 2. __4__ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Grady's Hardware, Inc.** |
| United States Bankruptcy Court for the: | **District of Minnesota** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** | **$1.00** |
| | **Internal Revenue Service** | ☐ Contingent | | |
| | **Centralized Insolvency Operation** | ☐ Unliquidated | | |
| | **PO Box 7346** | ☐ Disputed | | |
| | **Philadelphia, PA 19101-7346** | **Basis for the Claim:** | | |
| | Date or dates debt was incurred | **Notice Only** | | |
| | _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | Last 4 digits of account number __ __ __ __ | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,231.71** | **$14,459.00** |
| | **Minnesota Revenue** | ☐ Contingent | | |
| | **Attn: Collections Division** | ☐ Unliquidated | | |
| | **600 N Robert St** | ☐ Disputed | | |
| | **Saint Paul, MN 55146** | **Basis for the Claim:** | | |
| | Date or dates debt was incurred | **Sales Tax** | | |
| | _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | Last 4 digits of account number __ __ __ __ | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

| Debtor | **Grady's Hardware, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

### 3.1

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Amazon Capital Services, Inc.** | ☐ Contingent | |
| **Attn: Officer or Managing Agent** | ☐ Unliquidated | |
| **410 Terry Ave N** | ☐ Disputed | |
| **Seattle, WA 98109** | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred _____ | ☑ No | |
| Last 4 digits of account number __ __ __ __ | ☐ Yes | |

Remarks: Settled debt in April 2025 and listed for notice only.

### 3.2

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,089.40 |
|---|---|---|
| **Ameripride Services** | ☐ Contingent | |
| **Attn: Officer** | ☐ Unliquidated | |
| **650 Industrial Blvd NE** | ☐ Disputed | |
| **Minneapolis, MN 55413** | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred _____ | ☑ No | |
| Last 4 digits of account number __ __ __ __ | ☐ Yes | |

### 3.3

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,886.45 |
|---|---|---|
| **Capital One** | ☐ Contingent | |
| **Attn: Officer** | ☐ Unliquidated | |
| **1680 Capital One Dr** | ☐ Disputed | |
| **Mc Lean, VA 22102** | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred _____ | ☑ No | |
| Last 4 digits of account number __ __ __ __ | ☐ Yes | |

### 3.4

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Corporation Service Company** | ☐ Contingent | |
| **Attn: Officer of Managing Agent** | ☐ Unliquidated | |
| **PO Box 2576** | ☐ Disputed | |
| **Springfield, IL 62708** | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred _____ | ☑ No | |
| Last 4 digits of account number __ __ __ __ | ☐ Yes | |

Remarks: Noticing party for Spartan Capital

| Debtor | **Grady's Hardware, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Countyline Hardware, Inc.**

**Attn: Officer**

**7945 State Hwy 55**

**Rockford, MN 55373**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  $25,542.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**FedEx Corporate Services, Inc.**

**Attn: Officer or Managing Partner**

**942 S Shady Grove Rd**

**Memphis, TN 38120**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  $219,278.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**FedEx Freight**

**Attn: Officer or Managing Agent**

**1715 Aaron Brenner Dr Ste. 600**

**Memphis, TN 38120**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  $16,520.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**JP Morgan Chase**

**Attn: Officer**

**270 Park Ave**

**New York, NY 10017**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Remarks:** Listed for notice purposes only

---

Debtor **Grady's Hardware, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,150.00 |

**NEC Financial Services, LLC**

**Attn: Officer or Managing Agent**

**250 Pehle Ave**

**Saddle Brook, NJ 07663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,036.58 |

**Small Business Administration**

**Attn: Isabel Guzman**

**409 3rd St SW**

**Washington, DC 20416**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Remarks: _____

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113,237.94 |

**Small Business Administration**

**Attn: Isabel Guzman**

**409 3rd St SW**

**Washington, DC 20416**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,504.54 |

**The Fundworks LLC**

**Attn: Officer of Managing Agent**

**299 S Main St 1300**

**Salt Lake City, UT 84111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred **January 2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor   **Grady's Hardware, Inc.**
Name

Case number *(if known)* _____

## Part 2:  Additional Page

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

**US Attorney, District of MN**

**300 S 4th St 600**

**Minneapolis, MN 55415**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: Notice Only

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

**Wells Fargo Bank**

**Attn: Officer**

**420 Montgomery St**

**San Francisco, CA 94104**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Debtor believes this debt has been settled and written off. List for notice only.

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |

**Wells Fargo Bank**

**Attn: Officer**

**PO Box 393**

**Minneapolis, MN 55480**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks:
Debtor believes this debt has been settled and written off. Listed for notice only.

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Grady's Hardware, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:** List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Amazon Capital Services, Inc.**<br>**Attn: Officer or Managing Agent**<br>**PO Box 035184**<br>**Seattle, WA 98124** | Line **3.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2  **CFM Group, LLC**<br>**Attn: Officer**<br>**2110 Powers Ferry Rd Ste 465**<br>**Atlanta, GA 30339** | Line **3.2**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3  **Chase**<br>**Attn: Officer**<br>**PO Box 6294**<br>**Carol Stream, IL 60197** | Line **3.8**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4  **Gurstel Law Firm**<br>**Attn: Aaron DeWall**<br>**6681 Country Club Dr**<br>**Minneapolis, MN 55427** | Line **3.6**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5  **Midwest Business Finance Corp**<br>**Attn: Officer**<br>**616 Roosevelt Road Ste. 200**<br>**Saint Cloud, MN 56301** | Line **3.10**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6  **US Bank**<br>**Attn: Officer**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | Line **3.11**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Grady's Hardware, Inc.**
_____    Case number *(if known)* _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$15,232.71** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$453,245.61** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$468,478.32** |

Fill in this information to identify the case:

Debtor name __**Grady's Hardware, Inc.**__

United States Bankruptcy Court for the: District of __**Minnesota**__
(State)

Case number (If known): _____    Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Ace Hardware Corporation |
| | | | Attn: Officer or Managing Partner |
| | State the term remaining | 0 months | 2915 Jorie Blvd |
| | List the contract number of any government contract | | Oak Brook, IL 60523 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Kraus-Anderson Realty Company |
| | | | Attn: Officer or Managing Agent |
| | State the term remaining | 51 months | 501 S 8th St |
| | List the contract number of any government contract | | Minneapolis, MN 55404 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Grady's Hardware, Inc.**

United States Bankruptcy Court for the: District of **Minnesota**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michelle Grady** | Street<br><br>City          State          ZIP Code | **Small Business Administration** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | **Shawn Grady** | Street<br><br>City          State          ZIP Code | **Red Iron Acceptance, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Top Choice Financial, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Spartan Business Solutions, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Small Business Administration** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Small Business Administration** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **JP Morgan Chase** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Grady's Hardware, Inc.** | Case number (if known) | |
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor name   **Grady's Hardware, Inc.**

United States Bankruptcy Court for the:
**District of Minnesota**

Case number (if known): _____   Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*........................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................

   | $307,581.76 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................

   | $307,581.76 |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $277,087.49 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   | $15,232.71 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $453,245.61 |

4. **Total liabilities**..............................................................................................................................
   Lines 2 + 3a + 3b

   | $745,565.81 |

Fill in this information to identify the case:

Debtor name    **Grady's Hardware, Inc.**

United States Bankruptcy Court for the:

    **District of Minnesota**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to   Filing date<br>   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,454,511.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>   MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,933,334.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>   MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,904,660.00** |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to   Filing date<br>   MM/ DD/ YYYY | **Vendor rebates and credits** | **$544.91** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>   MM/ DD/ YYYY   MM/ DD/ YYYY | **Vendor rebates and credits** | **$192,227.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>   MM/ DD/ YYYY   MM/ DD/ YYYY | **Vendor rebates and credits** | **$144,641.00** |

Debtor   **Grady's Hardware, Inc.**                                          Case number *(if known)* _____
_____
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **The Fundworks LLC**<br>Creditor's name<br>**299 S Main St 1300**<br>Street<br>**Attn: Officer of Managing Agent**<br>**Salt Lake City, UT 84111**<br>City          State     ZIP Code | **Various** | **$20,600.00** | ❑ Secured debt<br>☑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.2.  **Spartan Business Solutions, LLC**<br>Creditor's name<br>**122 E 42nd St Rm 1011**<br>Street<br>**Attn: Officer or Managing Agent**<br>**New York, NY 10168**<br>City          State     ZIP Code | **Various** | **$19,200.00** | ☑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.3.  **Top Choice Financial, LLC**<br>Creditor's name<br>**1500 Broadway Ste 2202**<br>Street<br>**Attn: Officer or Managing Agent**<br>**New York, NY 10036**<br>City          State     ZIP Code | **Various** | **$8,700.00** | ☑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor ___ Grady's Hardware, Inc. _____   Case number *(if known)* _____
      Name

**4.1.** _____   _____   _____   _____

    Creditor's name

_____   _____                   _____

    Street

_____   _____                   _____

_____
    City               State   ZIP Code

| **Relationship to debtor** |
|---|

_____

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

**5.1.** _____   _____   _____   _____

    Creditor's name

_____

    Street

_____

_____
    City               State   ZIP Code

**6.**   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**6.1.** _____   _____   _____   _____

    Creditor's name

                                XXXX– __ __ __ __

_____

    Street

_____

_____
    City               State   ZIP Code

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Spartan Business Solutions, LLC vs. Grady's Hardware, Inc. et al** | **Civil Collections - settled and dismissed** | **State of New York, County of Monroe** | ☐ Pending ☐ On appeal ☑ Concluded |

Name

Street

City        State    ZIP Code

**Case number**

**E2025002426**

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City        State    ZIP Code

City        State    ZIP Code

**Date of order or assignment**

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City        State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Debtor   **Grady's Hardware, Inc.**
_____   Case number *(if known)* _____
Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____   _____   _____   _____

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Sieling Law, PLLC** | **Chapter 11 Retainer** | **09/02/2025** | **$10,000.00** |

**Address**

**12800 Whitewater Dr Ste 100 #3201**
Street
_____

**Minnetonka, MN 55343**
City                     State     ZIP Code

**Email or website address**
**mary@sielinglaw.com**

**Who made the payment, if not debtor?**

**Grady's Hardware, Inc.**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City          State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **PO Box 367**<br>Street<br><br>**Monticello, MN 55362**<br>City          State    ZIP Code | From _____ To _____ |
| 14.1. **Closed Store Location**<br>Street<br>**7945 State Hwy 55**<br>**Rockford, MN 55373**<br>City          State    ZIP Code | From _____ To **May 2023** |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  **Grady's Hardware, Inc.**                                    Case number *(if known)* _____
_____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____        _____        _____

Facility name

_____        **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.        **How are records kept?**

Street

City            State    ZIP Code        _____        *Check all that apply:*
❑ Electronically

❑ Paper

---

## Part 9:   Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**
☑ No.
❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
❑ No
❑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
☑ No. Go to Part 10.
❑ Yes. Does the debtor serve as plan administrator?
   ❑ No. Go to Part 10.
   ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____        EIN:  _ _ – _ _ _ _ _ _ _

Has the plan been terminated?
❑ No
❑ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.
❑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **CorTrust Bank**<br>Name<br>**11431 Jefferson Ct N**<br>Street<br><br>**Champlin, MN 55316**<br>City        State    ZIP Code | XXXX–**3 5 5 3** | ☑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>_____ | **10/15/2024** | **$1,160.93** |

18.2 **BankWest**     XXXX– **5 8 7 8**    ☑ Checking     **5/19/2025**     **$294.38**
Name

           ☐ Savings

**311 10th Ave So Ste 3**     ☐ Money market
Street

           ☐ Brokerage

**Buffalo, MN 55313**     ☐ Other
City     State     ZIP Code

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City   State   ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Acorn Storage** | ~~Shawn Grady~~ | ~~Two units—one for garden center~~ | ☐ No |
| Name | | ~~equipment and one for seasonal~~ | ☑ Yes |
| **11857 Champlin Dr** | | ~~inventory such as Christmas~~ | |
| Street | | ~~decorations~~ | |
| | Address | | |
| **Champlin, MN 55316** | | | |
| City   State   ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Various** | | ~~The debtor does equipment~~ | **$1.00** |
| Name | | ~~repair for customers. It holds the~~ | |
| Street | | ~~equipment while repairs are~~ | |
| | | ~~being completed, then the~~ | |
| City   State   ZIP Code | | ~~equipment is returned to the~~ | |
| | | ~~owner.~~ | |

Debtor   **Grady's Hardware, Inc.**
_____
         Name                                                                    Case number *(if known)* _____

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| | | _____ | ☐ On appeal |
| Case number | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City            State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City          State    ZIP Code | | |

| Debtor | Grady's Hardware, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Myslajek Kemp & Spencer**<br>Name<br><br>**1000 Shelard Parkway 6th Fl**<br>Street<br><br>**St. Louis Park, MN 55426**<br>City          State     ZIP Code | From **June 2004** To **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    **Grady's Hardware, Inc.**                                    Case number *(if known)* _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Ace Hardware Corporation** <br> Name <br><br> **2915 Jorie Blvd** <br> Street <br><br> **Oak Brook, IL 60523** <br> City    State    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shawn Grady** | **1722 3rd Ave NE Buffalo, MN 55313** | **President, Owner and President** | **51.00%** |
| **Michelle Grady** | **1722 3rd Ave NE Buffalo, MN 55313** | **Vice President, Owner and Vice President** | **49.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____ <br> To _____ |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. **Shawn Grady** <br> Name <br><br> Street <br><br> City        State        ZIP Code | **$100,000 total in one year prior** | **Every other week** | **Regular annual salary** |

Relationship to debtor

**Owner & President**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.2. **Michelle Grady** <br> Name <br><br> Street <br><br> City        State        ZIP Code | **$240.00** | **May 2025** | **Worked in garden center** |

Relationship to debtor

**Owner and VP**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.3. **Joe Lombardi** <br> Name <br><br> Street <br><br> City        State        ZIP Code | **$42,959 paid in past year** | **Various** | **Mr. Lombardi is an assistant manager of the store.** |

Relationship to debtor

**Owner's son**

Debtor    Grady's Hardware, Inc.    Case number *(if known)* _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Alanna Grady** | **$16,694.21 in past year** | **Various** | **Ms. Grady is a part time sales lead** |
| Name | | | |

Street

City                          State        ZIP Code

| Relationship to debtor |
|---|

**Owner's daughter**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**09/22/2025**___
                MM/ DD/ YYYY

**X** s/ Shawn Grady                          Printed name                **Shawn Grady**
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **President and Owner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Grady's Hardware, Inc.**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td colspan="2">**District of Minnesota**</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FedEx Corporate Services, Inc. Attn: Officer or Managing Partner 942 S Shady Grove Rd Memphis, TN 38120 | | | | | | $219,278.00 |
| 2 | Small Business Administration Attn: Isabel Guzman 409 3rd St SW Washington, DC 20416 | | | | | | $113,237.94 |
| 3 | The Fundworks LLC Attn: Officer of Managing Agent 299 S Main St 1300 Salt Lake City, UT 84111 | | | | | | $53,504.54 |
| 4 | Countyline Hardware, Inc. Attn: Officer 7945 State Hwy 55 Rockford, MN 55373 | | | | | | $25,542.11 |
| 5 | Ace Hardware Corporation Attn: Officer or Managing Partner 2915 Jorie Blvd Oak Brook, IL 60523 | | Possessory and PMSI | | $149,154.83 | $124,200.00 | $24,954.83 |
| 6 | FedEx Freight Attn: Officer or Managing Agent 1715 Aaron Brenner Dr Ste. 600 Memphis, TN 38120 | | | | | | $16,520.59 |
| 7 | Minnesota Revenue Attn: Collections Division 600 N Robert St Saint Paul, MN 55146 | | Sales Tax | | | | $15,231.71 |
| 8 | Small Business Administration Attn: Isabel Guzman 409 3rd St SW Washington, DC 20416 | | | | | | $14,036.58 |

Debtor    **Grady's Hardware, Inc.**

Name                                                          Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Capital One<br>Attn: Officer<br>1680 Capital One Dr<br>Mc Lean, VA 22102 | | | | | | $5,886.45 |
| 10   NEC Financial Services, LLC<br>Attn: Officer or Managing Agent<br>250 Pehle Ave<br>Saddle Brook, NJ 07663 | | | | | | $3,150.00 |
| 11   Ameripride Services<br>Attn: Officer<br>650 Industrial Blvd NE<br>Minneapolis, MN 55413 | | | | | | $2,089.40 |
| 12   Red Iron Acceptance, LLC<br>Attn: Officer<br>Po Box 59376<br>Schaumburg, IL 60159 | | UCC1 Financing statement | | $12,177.00 | $11,556.14 | $620.86 |
| 13   Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Notice Only | | | | $1.00 |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

IN RE: **Grady's Hardware, Inc.**                                        CASE NO

                                                                        CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __**09/22/2025**__     Signature _____**s/ Shawn Grady**_____
                                        Shawn Grady, President and Owner

ACE HARDWARE
CORPORATION
ATTN: OFFICER OR MANAGING PARTNER
2915 JORIE BLVD
OAK BROOK, IL 60523


AMAZON CAPITAL SERVICES,
INC.
ATTN: OFFICER OR MANAGING AGENT
410 TERRY AVE N
SEATTLE, WA 98109


AMAZON CAPITAL SERVICES,
INC.
ATTN: OFFICER OR MANAGING AGENT
PO BOX 035184
SEATTLE, WA 98124


AMERIPRIDE SERVICES
ATTN: OFFICER
650 INDUSTRIAL BLVD NE
MINNEAPOLIS, MN 55413


CAPITAL ONE
ATTN: OFFICER
1680 CAPITAL ONE DR
MC LEAN, VA 22102


CFM GROUP, LLC
ATTN: OFFICER
2110 POWERS FERRY RD STE 465
ATLANTA, GA 30339


CHASE
ATTN: OFFICER
PO BOX 6294
CAROL STREAM, IL 60197


CORPORATION SERVICE
COMPANY
ATTN: OFFICER OF MANAGING AGENT
PO BOX 2576
SPRINGFIELD, IL 62708

COUNTYLINE HARDWARE,
INC.
ATTN: OFFICER
7945 STATE HWY 55
ROCKFORD, MN 55373

FEDEX CORPORATE
SERVICES, INC.
ATTN: OFFICER OR MANAGING PARTNER
942 S SHADY GROVE RD
MEMPHIS, TN 38120

FEDEX FREIGHT
ATTN: OFFICER OR MANAGING AGENT
1715 AARON BRENNER DR STE. 600
MEMPHIS, TN 38120

GM FINANCIAL
ATTN: OFFICER
PO BOX 1510
COCKEYSVILLE, MD 21030

GURSTEL LAW FIRM
ATTN: AARON DEWALL
6681 COUNTRY CLUB DR
MINNEAPOLIS, MN 55427

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JP MORGAN CHASE
ATTN: OFFICER
270 PARK AVE
NEW YORK, NY 10017

KRAUS-ANDERSON REALTY
COMPANY
ATTN: OFFICER OR MANAGING AGENT
501 S 8TH ST
MINNEAPOLIS, MN 55404

MIDWEST BUSINESS FINANCE
CORP
ATTN: OFFICER
616 ROOSEVELT ROAD STE. 200
SAINT CLOUD, MN 56301

MINNESOTA REVENUE
ATTN: COLLECTIONS DIVISION
600 N ROBERT ST
SAINT PAUL, MN 55146

NEC FINANCIAL SERVICES,
LLC
ATTN: OFFICER OR MANAGING AGENT
250 PEHLE AVE
SADDLE BROOK, NJ 07663

RED IRON ACCEPTANCE, LLC
ATTN: OFFICER
PO BOX 59376
SCHAUMBURG, IL 60159

SMALL BUSINESS
ADMINISTRATION
ATTN: ISABEL GUZMAN
409 3RD ST SW
WASHINGTON, DC 20416

SPARTAN BUSINESS
SOLUTIONS, LLC
ATTN: OFFICER OR MANAGING AGENT
122 E 42ND ST RM 1011
NEW YORK, NY 10168

SPARTAN CAPITAL
ATTN: OFFICER OR MANAGING AGENT
1301 STATE ROUTE 36 BLDG 2, STE 15
HAZLET, NJ 07730

THE FUNDWORKS LLC
ATTN: OFFICER OF MANAGING AGENT
299 S MAIN ST 1300
SALT LAKE CITY, UT 84111

TOP CHOICE FINANCIAL, LLC
ATTN: OFFICER OR MANAGING AGENT
1500 BROADWAY STE 2202
NEW YORK, NY 10036


US ATTORNEY, DISTRICT OF
MN
300 S 4TH ST 600
MINNEAPOLIS, MN 55415


US BANK
ATTN: OFFICER
800 NICOLLET MALL
MINNEAPOLIS, MN 55402


WELLS FARGO BANK
ATTN: OFFICER
420 MONTGOMERY ST
SAN FRANCISCO, CA 94104


WELLS FARGO BANK
ATTN: OFFICER
PO BOX 393
MINNEAPOLIS, MN 55480

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Minnesota

**In re**    Grady's Hardware, Inc.

Case No. _____

**Debtor**                                                            Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................. **HOURLY**

Prior to the filing of this statement I have received ....................................................... **$10,000 retainer**

Balance Due ......................................................................................... **Unknown**

2.    The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/22/2025** | s/ Mary Sieling |
| *Date* | Mary Sieling |
| | *Signature of Attorney* |

Bar Number: 0389893
Sieling Law, PLLC
12800 Whitewater Dr 100, # 3201
Minnetonka, MN 55343
Phone: (612) 325-1191

**Sieling Law, PLLC**
*Name of law firm*

---

**Grady's Hardware, Inc.**
**Asset Listing**

| Category | Description | Approximate Age | Qty | Liquidation Value |
|---|---|---|---|---|
| **Office** | | | | |
| | Glass top Desk 55"L x 28"D | 12 Years | 2 | 30 |
| | 4 draw lateral file cabinet (off brand) | 12 Years | 1 | 15 |
| | 5 draw lateral file cabinet (Hon) | 12 Years | 1 | 25 |
| | 4 draw verticle file cabinet (off brand) | 21 Years | 3 | 45 |
| | SentrySafe Small Safe | 10 Years | 1 | 50 |
| | Epson ET-4850 MFC | 3 Years | 1 | 25 |
| | HP Laserjet 400 | 8 Years | 2 | 30 |
| | MembersMark Shredder small | 4 Years | 1 | 10 |
| | Desk Chairs | Over 15 Years | 2 | 20 |
| | Brother MFC-L2690DW Printer | Over 10 Years | 1 | 10 |
| | | | | |
| | | | | |
| **Computer Systems / POS / Technology** | | | | |
| | Dell Server (Epicor) | 6 Years | 1 | 50 |
| | Terminals (CPU, Monitor, Mouse & Keyboard) | 10 + years | 10 | 500 |
| | Credit Card Terminals Ingenico Lane 7000 | 1 Year | 6 | 600 |
| | Symbol DS9208 | 7 Years | 4 | 60 |
| | Zebra TC57 Handheld Terminal | 4 Years | 3 | 150 |
| | Dell T100 File Server | 12 + Years | 1 | 50 |
| | Lenovo Laptop | 2 Years | 1 | 50 |
| | Security Camera System 16 heads | 15 + Years | 1 | 200 |
| | Avaya Phone System with 4 phones | Oveer 20 Years | 1 | 5 |
| | Motorola CLS1110 Two-Way Radio | 4 Years | 6 | 120 |
| | | | | |
| **Store Fixtures** | | | | |
| | Lozier Shelving for 13,000 SQ FT store | 21 + Years | 1 | 5000 |

| | | | | |
|---|---|---|---|---|
| | Pop Cooler | 6 Years | 1 | 75 |
| | General Purpose racking (Backroom) | 21 + Years | | 200 |
| | Bait Tank | 4 Years | 1 | 250 |
| | Shopping Carts | Over 10 Years | 8 | 40 |
| | | | | |
| **Garden Center** | | | | |
| | Garden Mart - Retail Greenhouse 21' x 60' | 20 Years | 1 | 1500 |
| | Garden Mart - Retail Greenhouse 21' x 30' | 20 Years | 1 | 1000 |
| | Display Carts | 20 Years | 8 | 240 |
| | Shopping Cats | 2 Years | 5 | 125 |
| | | | | |
| | | | | |
| **Paint & Key Equipment** | | | | |
| | Paint Despenser FMS Accutinter 1500 | Over 10 Years | 1 | 250 |
| | Red Devil 1 gallon Shaker | 20 Years | 2 | 50 |
| | FMS 5 Gallon Shaker | Over 20 Years | 1 | 50 |
| | X-Rite Matchrite I-VUE color scanner system | Over 10 Years | 1 | 30 |
| | Promatic 100 Key cutter | Over 10 Years | 1 | 120 |
| | Kaba Ilco Twister II Key Machine | Over 7 years Old | 1 | 120 |
| | | | | |
| **Shop** | | | | |
| | Hand Tools ( sockets, screw drivers, pliers, etc) | Over 8 years | 1 | 75 |
| | Air Lift work bench | 8 Years | 1 | 200 |
| | Bench Grinder | 3 Years | 1 | 20 |
| | Bench top drill press | 10 Years | 1 | 20 |
| | Chop Saw | 10 Years | 1 | 25 |
| | Oregon Chain Sharpener | Over 20 years | 1 | 150 |
| | Pallet Jacks | 20 Years | 2 | 100 |
| | Fletcher 3000 Cutter | 20 Years | 1 | 180 |
| | | | | |
| **Rental Equipment** | | | | |
| | Lawn Aerators | 10 Years | 3 | |
| | Power Lawn Rakes | 10 Years | 4 | |

| | | | |
|---|---|---|---|
| 8ft Wood Tables | 20 Years | 25 | 125 |
| 6ft Wood Tables | 20 Years | 6 | 48 |
| Foldable Chairs | 20 Years | 145 | 290 |
| Extension Ladders | 10 Years | 4 | 110 |
| Step Ladders | 10 Years | 4 | 80 |
| Stihl Mini Tiller | 10 Years | 2 | 40 |
| Drywall Lift | 20 Years | 2 | 80 |
| Iron & Oak Log splitter 22 Ton | 20 Years | 1 | 150 |
| Power Sod Cutter | 20 Years | 1 | 200 |
| Sod Kicker | 20 Years | 2 | 50 |
| Generator | 20 Years | 2 | 100 |
| Tile Scraper machine | 20 Years | 1 | 50 |
| Trash pump | 20 Years | 1 | 30 |
| Floor Scrubber | 20 Years | 2 | 50 |
| Popcorn Machine | 20 Years | 2 | 50 |
| Slushi Machine | 20 Years | 1 | 30 |
| Cotton Candy Machine | 20 Years | 1 | 30 |
| Carpet Fans | 20 Years | 2 | 30 |
| Concrete Mixer | 20 Years | 1 | 30 |
| Plate Compactor | 20 Years | 2 | 100 |
| Air Compressor | 20 Years | 2 | 50 |
| 2 Wheel Dolly | 20 Years | 4 | 40 |
| Appliance Dolly | 20 Years | 2 | 50 |
| Drain Snake | 20 Years | 2 | 15 |
| Linoleum Roller | 20 Years | 1 | 40 |
| Bosch Breaker Hammer | 4 Years | 1 | 300 |
| Miscellaneous hand tools | 20 Years | | 200 |
| Ego Demo Equipment | | 1 | 500 |
| **Breakroom** | | | |
| Table | 10 Years | 1 | 5 |
| Chairs | 10 Years | 6 | 6 |
| Refrigerator | Over 20 Years | 1 | 10 |
| Lockers | Over 12 years | 1 | 25 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**DULUTH DIVISION**

IN RE:                                                                CHAPTER  **11**

**Grady's Hardware, Inc.**

DEBTOR.                                                              CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|

NONE.

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Shawn Grady, the President _____    _____ of _____
of the          **Nonpublic Corporation**
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

s/ Shawn Grady

Date: **09/22/2025**_____        Signature: _____

*Shawn Grady*