UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Grady's Hardware, Inc. | Case No. 25-43090 |
| | Chapter 11, |
| Debtor. | Subchapter V |

### DEBTOR'S PRE-STATUS CONFERENCE REPORT PURSUANT TO 11 USC 1188(c)

1. Grady's Hardware, Inc (the "Debtor") filed this case on September 22, 2025, under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code. The status conference for this case is scheduled for **November 4, 2025 at 9:30 a.m**. via WebEx. The instructions for joining via WebEx are:

>Meeting link: https://us-courts.webex.com/us-courts/j.php?MTID=m594b0fb9729997da1232f37f296571ef
>Meeting number: 2313 856 4983

Type of Plan. The Debtor intends to pursue the following type of plan in this case:

X    Consensual [§1191(a)]
___  Nonconsensual [§1191(b)]

1. Status of the Debtor's Business Operations.

The Debtor plans to reorganize its business and continue operations of the hardware store located at 12325 Champlin Drive, Champlin, Minnesota 55316. Throughout the case so far, the Debtor has continued to operate the business in the ordinary course and is following the budget attached to the order approving use of cash collateral.

2. Communications with Parties in Interest. The Debtor has had discussions with the following parties concerning the bankruptcy case:

>Secured Creditors
>Priority Claimants
>Others: The US Trustee, holders of executory contracts, including Ace Hardware Corporation.

1

3. Nature of Communications with Parties in Interest.

- Regarding use of cash collateral.
- Communications with ACE on the treatments of its default claim
- Communications with the landlord's attorney regarding continued payment of rent

4. Timing for Filing Plan of Reorganization. The Debtor intends to file a plan within the 90-day deadline imposed by the Bankruptcy Code.

5. Anticipated Issues.

The Debtor will need to negotiate a payment plan on the cure claims owed to the landlord, Kraus-Anderson Realty Company, and Ace Hardware Corporation. The Debtor anticipates that priority and secured creditors will be paid in full. The Debtor does not yet know how much will be disbursed to unsecured creditors, but such amount will satisfy the requirements of the bankruptcy code.

Dated: October 17, 2025               SIELING LAW, PLLC


                                      By: *s/ Mary F. Sieling*
                                      Mary F. Sieling (#389893)
                                      12800 Whitewater Dr, Ste. 100, #3201
                                      Minnetonka, MN  55343
                                      Phone: 612-325-1191
                                      Email:mary@sielinglaw.com

                                      ***Attorneys for the Debtor***

2