**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                Case No. 25-43090

Grady's Hardware, Inc.,

      Debtor.                                      Chapter 11, Subchapter V

---

**ORDER CONFIRMING NONCONSENSUAL PLAN AND FIXING TIME LIMITS**

---

The modified plan filed by Debtor, its proponent, under Subchapter V of Chapter 11 (ECF No. 55) was transmitted to all creditors and other parties in interest. It has now been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1191(b) have been satisfied. On the record, the Court further clarified two terms of the plan as follows: (1) that the payments for the unsecured class are based on the calculation of projected disposable income shown in the cash flow statement attached to the plan for a three-year period under 11 U.S.C. § 1191(c)(2)(A) and; (2) that property of estate referenced in the revesting provision at Section 8.1 of the plan includes property under 11 U.S.C. § 1186(a).

**IT IS THEREFORE ORDERED:**

1. CONFIRMATION OF PLAN. The plan filed by the Debtor on January 20, 2026, and dated January 20, 2026, is confirmed.

2. PROFESSIONAL FEES AND OTHER ADMINISTRATIVE EXPENSES. All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person, and all other requests to order payment of an administrative expense, shall be made by motion under Local Rules 2016-1 or 3002-2, and shall be served and filed within 30 days after the date of this order.

3. OBJECTIONS TO CLAIMS. All objections to proofs of claim shall be made by motion under Local Rule 3007-1, and shall be served and filed within 30 days after the date of this order, or 30 days after the claim was filed, whichever is later.

4. OTHER PROCEEDINGS. All other motions, applications, or complaints shall be filed within 60 days after the date of this order. Any time limit provided in this order may be extended or waived by the Court for cause after notice and a hearing. Nothing in this order shall preclude any proceeding in another court with jurisdiction and within time limits otherwise applicable.

5. NOTICE OF SUBSTANTIAL CONSUMMATION. The Debtor shall file and serve a *Notice of substantial consummation* as required by 11 U.S.C. § 1183(c)(2).

6. MAILING OF NOTICE. The Clerk shall provide notice of entry of this order and confirmation of the plan to the entities specified in Local Rule 9013-2 and to all creditors and other parties in interest. The proponent of the plan shall forthwith mail copies of this order as notice thereof to all equity security holders of the Debtor.

7. ORDER FOR DISCHARGE. Pursuant to 11 U.S.C. § 1192, and subject to the time periods and debts described therein, the Debtor will be granted a discharge on motion of the Debtor and order of the Court.

8. PAYMENTS. Pursuant to 11 U.S.C. § 1194(b), the Debtor shall make payments to creditors under the plan.

Dated: *February 4, 2026*

s/ Mychal A. Bruggeman

Mychal A. Bruggeman
United States Bankruptcy Judge